United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QIUYAN ZHU, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:25-cv-04840 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents. | § | |

## ORDER

The Government has submitted a supplemental filing as to the timeline for potential removal of Petitioner to China. Dkt 20. It states that the Chinese government has provided a travel document for Petitioner to depart on December 15, 2025. See Dkt 20-1 at ¶51.

Petitioner is ORDERED to file a response by December 11, 2025.

SO ORDERED.

Signed on December 4, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge