United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| QIUYAN ZHU, | )<br>) |
| *Petitioner,* | ) No.: 4:25-cv-04840-CRE<br>) |
| vs. | )<br>) ORDER |
| PAMELA BONDI, *et al.*, | )<br>) |
| *Respondents.* | )<br>) |

**ORDER**

THIS CAUSE came before the Court upon the parties Joint Proposed Scheduling and Docket Control Order. Based on this Court's Order of December 5, 2025 and the parties' representations, it is HEREBY ORDERED that:

1. The parties shall file a Joint Status Report with the Court by Wednesday, December 17, 2025, indicating whether or not the Petitioner has been removed from the U.S.

**DONE AND ORDERED** in chambers at Houston, Texas, this 15th day of December, 2025.

_____
Hon Charles Eskridge
U.S. District Court Judge