United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QIUYAN ZHU, | § § § | |
| Petitioner, | § § | |
| v. | § | Civil Action No. 4:25-CV-04840 |
| PAMELA BONDI, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

The parties in the above-styled and numbered cause of action have filed a Joint Stipulation of Dismissal without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED** that this case is dismissed without prejudice, with all parties to bear their own costs.

Signed on December 18, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge